# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Brailen Weaver | ) | Case No. 5:26-MJ-5088-MAS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 30, 2026___ in the county of ___Madison___ in the ___Eastern___ District of ___Kentucky___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/2113(a) | Armed bank robbery |
| 18/924(c)(1)(A) | Use/discharge of a firearm in a crime of violence |
| 18/924(j) | Causing death with firearm in the course of a violation of 18/924(c) |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent ("SA") Isaac Robison.

☑ Continued on the attached sheet.

/s/ Isaac Robison
*Complainant's signature*

Isaac Robison, FBI SA
*Printed name and title*

Affiant attested by reliable electronic means (telephone) per FRCrP 4.1.

Date: ___04/30/2026___

*Judge's signature*

City and state: ___Lexington, KY___

Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*