UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Magistrate Case No. 26-5088-MAS          At  Lexington          Date  May 12, 2026

USA vs Brailen Weaver          x  present   x  custody    __ bond   ___ OR   Age ___

PRESENT:  HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Samantha Howard | Audio File | none | Mary Melton and Ron Walker, Jr. |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant     Thomas Lyons and
Patrick Nash (Learned Counsel)     x  present     ___ retained   x  appointed

 I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__5-26-mj-5088-MAS_20260512_095956

PROCEEDINGS:     **PRELIMINARY HEARING**

The parties appeared for preliminary hearing, as noted. At the beginning of the proceeding, defense counsel advised the Court of the defendant's intent to waive his right to a preliminary hearing. After being sworn, the defendant knowingly, voluntarily, and intelligently waived his right to a preliminary hearing.

The Court **ORDERS** as follows:

1. The Court **FINDS** probable cause to believe that a crime has been committed and that the defendant committed the offenses alleged and detailed in the Criminal Complaint. The matter is bound over to the grand jury for further consideration.

2. The Defendant remains in the custody of the U.S. Marshal Service pending further proceedings.

Copies:  COR, USP, USM          Initials of Deputy Clerk: slh          TIC:   /3

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY