Eastern District of Kentucky
**FILED**
Jun - 26 2018
Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
General Order 18-12

| | | |
|---|---|---|
| In re: Criminal Actions | ) | |
| | ) | **STANDING REFERRAL ORDER** |
| | ) | |

*** *** *** ***

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(a), the Court designates the United States Magistrate Judge for this Division and docket, per Rule 59(a), to determine any pre-trial motion that does not dispose of a charge or defense.[1] The Clerk of Court is directed to enter this Order in all pending and future cases. Specifically, this matter is referred to the United States Magistrate Judge for this Division and docket for the purpose of:

(a) Supervising discovery (including discovery motions and disputes) and related pretrial proceedings;

(b) Holding such hearings as may be required, other than suppression hearings and the final pre-trial conference; and

(c) Ruling on all non-dispositive motions, other than motions in limine and motions to alter the trial date. Dispositive motions, motions for re-arraignment, motions in limine, and motions to alter the trial date are exempted from the referral.

The Court, in consultation with the Magistrate Judge, may alter this standing referral on a motion-by-motion or case-by-case basis, as appropriate, by subsequent Order.

This the 26th day of June, 2018.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

---

[1] This is in addition to the standing District practice that a Magistrate Judge will conduct all preliminary proceedings, including initial appearances, arraignments, and hearings on the issue of pretrial detention or release.