**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 26-61-CHB-MAS

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**V.**                          **MOTION OF UNITED STATES**
**FOR AN ARRAIGNMENT**

**BRAILEN LEE WEAVER**                                        **DEFENDANT**

\* \* \* \* \*

The Grand Jury has returned an indictment in this case.  The Defendant, **BRAILEN**

**LEE WEAVER**, is presently in federal custody as a result of a criminal complaint in Case

No. 26-MJ-5088.  Accordingly, the United States moves for an arraignment.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT  UNITED STATES ATTORNEY

By:  */s/ Mary Lauren Melton*
Mary Lauren Melton
Ron L. Walker
Assistant United States Attorneys
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4802
Mary.Melton@usdoj.gov
Ron.Walker@usdoj.gov

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 26-61-CHB-MAS

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**V.**                        **ORDER SETTING ARRAIGNMENT**


**BRAILEN LEE WEAVER**                                      **DEFENDANT**

\*   \*   \*   \*   \*

The Court ORDERS that the Motion of the United States for an arraignment is

GRANTED, and this matter is SET FOR ARRAIGNMENT in the United States District

Court on May 27, 2026, at 1:30 p.m.


On this 22nd day of May, 2026.


MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY


Copies:      United States Marshal
             United States Probation
             Mary Melton, Assistant United States Attorney
             Ron L. Walker, Assistant United States Attorney
             Patrick Nash, Counsel for Defendant
             Thomas Lyons, Counsel for Defendant