UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL CASE NO: 5:26-CR-00061-CHB-MAS

UNITED STATES OF AMERICA                                         PLAINTIFF

v.

BRAILEN LEE WEAVER                                              DEFENDANT

REQUEST FOR DISCOVERY UNDER RULE 16(a)

Comes the Defendant, Brailen Weaver, by counsel, and makes the following discovery request pursuant to Rule 16 (a) of the Federal Rules of Criminal Procedure and any other applicable law.  Specifically, Defendant requests that the Government disclose to counsel for Defendant each of the following items for the purposes of inspection, copying, and/or photographing:

A.      Any relevant written or recorded statements made by Defendant within the possession or constructive possession of the Government, the existence of which is known, or by the exercise of due diligence may become known to the Government;

B.      The portion of any written record containing the substance of any relevant oral statement made by the Defendant, whether before or after arrest, in response to interrogation by any person then known to Defendant to be a Government agent;

C.      Recorded testimony of Defendant before a grand jury which relates to the offense charged;

D.      The substance of any other relevant oral statement made by Defendant, either before or after arrest (regardless of whether that statement was recorded in a written record) if such statement was made in response to interrogation by any person then known by Defendant to be a Government agent, and if the Government intends to use that statement at trial;

E.      A copy of Defendant's prior criminal record that is within the possession or constructive possession of the Government, the existence of which is known, or by the exercise of due diligence may become known to the Government;

F.      Books, papers, documents, data, photographs, tangible objects, buildings, places, or copies or portions thereof, which are within the possession, or constructive possession of the Government, and which are material to the preparation of Defendant's defense, or are intended for use by the Government as evidence in chief at the trial, or were obtained from or belong to Defendant;

G.      Any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession or constructive possession of the Government, the existence of which is known, or by the exercise of due diligence may become known to the Government, and which are material to the preparation of the defense or are intended for use by the Government as evidence in chief at the trial;

H.      A written summary of any testimony the Government intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence. Such summary should describe the witnesses' opinions, the bases and reasons therefore, and the witnesses' qualifications.

If, prior to or during the trial of this matter, the Government discovers additional evidence or material that is requested in this pleading or has been ordered disclosed by the Court, counsel

2

for Defendant should be promptly notified of the existence of such additional evidence or material.

Fed. R. Crim. P.16 (c).

Respectfully submitted,

/s/ PATRICK F. NASH
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: pfnash@nashmarshall.com

AND

/s/ THOMAS LYONS
201 W. Short St
Suite 820
Lexington, Ky 40507
Telephone: 859-231-0055
Email: thomaslyons@hotmail.com

ATTORNEYS FOR DEFENDANT
BRAILEN LEE WEAVER

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.

/s/ PATRICK F. NASH

3