UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL CASE NO: 5:26-CR-00061-CHB-MAS

UNITED STATES OF AMERICA                                    PLAINTIFF


v.


BRAILEN LEE WEAVER                                          DEFENDANT


REQUEST FOR NOTICE OF INTENT TO USE RULE 404(b) EVIDENCE


Comes the Defendant, Brailen Weaver, by counsel, and makes the following discovery request pursuant to Rule 404(b).

Defendant requests that the Government provide reasonable written notice in advance of trial to counsel for Defendant of any other crimes/wrongs or acts the prosecutor intends to offer at trial. Such notice should include an articulation of the permitted purpose for which the prosecutor intends to offer the evidence and the reasoning that supports the purpose.


Respectfully submitted,


/s/ PATRICK F. NASH
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: pfnash@nashmarshall.com
AND

/s/ THOMAS LYONS
201 W. Short St
Suite 820
Lexington, Ky 40507
Telephone: 859-231-0055
Email: thomaslyons@hotmail.com
ATTORNEYS FOR DEFENDANT
BRAILEN LEE WEAVER

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.

/s/ PATRICK F. NASH

2