UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:26-CR-061-CHB-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAILEN LEE WEAVER, | ) | **ORDER GRANTING MOTION** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Brailen Lee Weaver's Motion to Reschedule Status Conference. [R. 28]. Therein, defense counsel requests that the Court reschedule the status conference currently scheduled for July 22, 2026, as he is scheduled to be out of state at that time. *Id.* at 1. The Court having considered the motion, and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.    The Motion to Reschedule Status Conference, [**R. 28**], is **GRANTED**.

2.    The status conference currently scheduled for July 22, 2026, is **RESCHEDULED** to **Wednesday, August 5, 2026, at the hour of 10:00 a.m.,** before the Honorable Claria Horn Boom, United States District Court Judge, at the U.S. Courthouse in **Lexington,** Kentucky.

This the 14th day of July, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY